UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE MATTER OF WITNESS DR. SUSAN CLARK | Case No. MS09-54RSL<br><br>ORDER VACATING ORDER TO SHOW CAUSE AND CLOSING MATTER |

This matter comes before the Court *sua sponte*. On April 16, 2009, the Court ordered Dr. Susan Clark to show cause why she should not be held in contempt of Court pursuant to Federal Rule of Civil Procedure 45(e) and the Court's inherent authority for failing to comply with a subpoena, for refusing to comply with a direct order of the Court, and for destroying relevant evidence in the civil matter <u>French v. Providence Everett Medical Center</u>, C07-0217RSL.

Dr. Clark filed a written response to the order to show cause, and as ordered, she appeared for a hearing before the Court on May 20, 2009. The Court hereby VACATES the order to show cause (Dkt. #1) based on Dr. Clark's explanation that her actions were based on personal, professional, and financial stressors in her life at the time. By vacating

ORDER VACATING ORDER TO SHOW
CAUSE AND CLOSING MATTER - 1

the order to show cause, the Court does not suggest that Dr. Clark's actions were proper or excusable; they were not. Nor should they be repeated. Rather, the Court is closing this matter because the *French* case has been closed; Dr. Clark had to expend funds to hire counsel and respond to this matter, which is akin to a monetary sanction; civil contempt sanctions would serve no real purpose under the circumstances; and the Court does not intend to refer this matter for potential criminal prosecution.

DATED this 20th day of May, 2009.

                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge

ORDER VACATING ORDER TO SHOW
CAUSE AND CLOSING MATTER - 2